UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LYLE PERRY TAGGART,<br><br>         Plaintiff,<br><br>vs.<br><br>JIM SALMONSON, ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>         Defendant. | Case No. CV-21-096-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED That this action is DISMISSED.

Dated this 20th day of October 2021.

TYLER P. GILMAN, CLERK

By: /s/ H. Gauthier
H. Gauthier, Deputy Clerk